Submitted on record and briefs January 15, reversed and remanded
March 12, 2008

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## FRANK VERNON EVANS,
*Defendant-Appellant.*

Umatilla County Circuit Court
CF040249; A130131

180 P3d 67

David J. Celuch filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Rosenblum, Judge, and Carson, Senior Judge.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment of conviction for possession of a controlled substance, *former* ORS 475.992 (2003). He challenges, on federal Confrontation Clause grounds, the admission of a crime laboratory report identifying as methamphetamine the substance that was seized from him. The state concedes error under *State v. Marroquin*, 215 Or App 330, 168 P3d 1246 (2007), in which we reversed and remanded convictions due to the erroneous admission of laboratory reports in violation of Article I, section 11, of the Oregon Constitution. *See generally State v. Birchfield*, 342 Or 624, 157 P3d 216 (2007). Apart from its procedural posture, we agree that the facts in this case do not differ in any significant way from those in *Marroquin*. Accordingly, we accept the state's concession.

Reversed and remanded.